## WASHINGTON *v.* GOSSETT.

ATKINSON, J. There being no complaint that any error of law was committed upon the trial, and the evidence being sufficient to support the verdict, the judge did not err in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Hill, J., not presiding.*
FEBRUARY 17, 1912.

Complaint for land. Before Judge Maddox. Floyd superior court. December 26, 1910.

*George A. H. Harris & Son,* for plaintiff in error.
*Eubanks & Mebane,* contra.